# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131220

FRANKIE LEE WEATHERSPOON,
      Petitioner-Appellant,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS, PATRICIA
CARUSO, Director,
         Respondent-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131220
COA: 267068
Ingham CC: 04-001199-AA

_____/

      On order of the Court, the application for leave to appeal the April 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

Clerk

l0821